IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | | |
|---|---|---|
| FEDERICO ROMERO-CORTINAS, | § | |
|     Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-99-200 |
| | § | |
| JANET RENO, United States Attorney | § | |
| General, IMMIGRATION AND | § | |
| NATURALIZATION SERVICE, | § | |
|     Respondents. | § | |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of June 2, 2000 should be **ADOPTED.**

IT IS ORDERED that the Defendant's Motion to Dismiss be **GRANTED.**

DONE at Brownsville, Texas this 21st day of June, 2000.

Filemon B. Vela
United States District Court Judge